IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-7 |
| v. | ) | |
| | ) | Judge Nixon |
| ADAM BATTLE | ) | |

### ORDER

Pending before the Court is the Government's Motion to Continue Hearing ("Motion"), in which it requests the Court continue Defendant Adam Battle's sentencing hearing, currently scheduled on November 15, 2013. (Doc. No. 2461.) The Motion is **GRANTED**; Mr. Battle's sentencing hearing is **CONTINUED** to **March 27, 2014**, at **10:00 a.m.**

It is so ORDERED.

Entered this 7th day of November, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT